

1999 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-26-1999

# Medical Protective v Watkins

Precedential or Non-Precedential:

Docket 98-7515

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1999

Recommended Citation
"Medical Protective v Watkins" (1999). *1999 Decisions.* Paper 311.
http://digitalcommons.law.villanova.edu/thirdcircuit_1999/311

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 1999 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

```
                    UNITED STATES COURT OF APPEALS
                       FOR THE THIRD CIRCUIT



                            No. 98-7515
                   Medical Protective Co. v. Watkins


     The following modifications have been made to the Court's
Opinion issued on 11/26/99, to the above-entitled appeal and
will appear as part of the final version of the opinion:



     Please notify the publisher of our request to make a correction to
the above
        opinion by replacing the word Walski's with the word Walskis' on
page seven (7),
        line 2.
```

Very truly yours,


/s/ P. Douglas Sisk,
    Clerk


Dated: November 29, 1999